# Dunn Isaacson Rhee

May 22, 2026

**Via ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

Time for all defendants to respond extended to July 13, 2026.  Conference adjourned from June 29, 2026 to July 27, 2026 at 10:00 a.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated:  5/26/2026

P. Kevin Castel
United States District Judge

*Elsevier, Inc. v. Meta Platforms, Inc. and Mark Zuckerberg*, Case No. 1:26-cv-03689-PKC

Re: Unopposed Request to Extend Meta's Time to Respond to the Complaint

Dear Judge Castel:

We are counsel for Meta Platforms, Inc. ("Meta") in the above-captioned action. In accordance with Paragraph 1.C. of Your Honor's Individual Practices, we respectfully submit this request for an extension of Meta's time to answer or otherwise respond to the Complaint (ECF No. 1).[1] We have conferred with counsel for Plaintiffs, who have indicated they consent to the request. Meta has not sought any prior adjournment or extension of its time to answer or otherwise respond to the Complaint. An initial conference is scheduled in this case for June 29, 2026, at 11:30 A.M. (ECF No. 16).

Plaintiffs filed their Complaint on May 5, 2026, and Meta was served on May 7, 2026. Accordingly, pursuant to the Federal Rules of Civil Procedure, Meta must respond to the Complaint by May 28, 2026. Shortly after receiving service of the Complaint, counsel for Meta informed Plaintiffs' counsel that they had been authorized to execute a Waiver of Service on behalf of co-defendant Mark Zuckerberg, which was effectuated on May 12, 2026. Accordingly, pursuant to Federal Rule of Civil Procedure 4(d)(3), Mr. Zuckerberg's time to respond to the Complaint is July 13, 2026. The Complaint contains allegations that Meta and Mr. Zuckerberg engaged in the same or similar conduct, and Meta requires additional time to investigate and respond to the claims in the Complaint. Given the interwoven nature of the allegations against Meta and Mr. Zuckerberg, Meta requests that its deadline to answer or otherwise respond to the Complaint be extended to July 13, 2026, so that both Defendants' responses are due on the same date.

Pursuant to Paragraph 1.C.vii of Your Honor's Individual Practices, Meta further respectfully requests that the Initial Conference, currently scheduled for June 29, 2026, be adjourned to July 27, 2026, or to a later date at Your Honor's convenience.

Sincerely,

*/s/ Jenifer N. Hartley*
Karen L. Dunn (*S.D.N.Y. Application Forthcoming*)
Jenifer N. Hartley (N.Y. Bar. No. 5943774)

cc: All Counsel of Record

---

[1] In filing this letter, Meta does not waive any right, defense, affirmative defense, or objection, including any challenges to venue and/or the exercise of personal jurisdiction.

**Dunn Isaacson Rhee LLP**
www.dirllp.com
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

