UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ELSEVIER, INC.,

                        Plaintiff,                          26 cv 3689 (PKC)

        -against-

                                                            ORDER

META PLATFORMS, INC., et al.,

                        Defendants.
-------------------------------------------------------------x

CASTEL, District Judge:

        The undersigned hereby discloses that his spouse authored a narrative non-fiction work published by Kent State University Press in June 2025.  The undersigned is aware that the class definition excludes "any Judge or Magistrate Judge presiding over this action and members of their families. . . ."  (Complt. ¶168.)

        Any person seeking additional information regarding the foregoing or seeking to make any application with respect thereto shall do so within fourteen (14) days from the date of this Order.


                SO ORDERED.


Dated: New York, New York
        June 10, 2026

                                                    _____
                                                    P. Kevin Castel
                                                    United States District Judge