**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELSEVIER INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 1:26-cv-03689-PKC |
| META PLATFORMS, INC., et al., | |
| Defendants. | |

**DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF DEFENDANT**
**META PLATFORMS, INC.'S MOTION TO TRANSFER VENUE**

I, Phillip E. Morton, hereby declare as follows:

1.      I am an attorney with the firm of Cooley LLP and represent Defendant Meta Platforms, Inc. ("Meta") in the above captioned matter.  I make this declaration in support of Meta's contemporaneously filed Motion to Transfer Venue to the Northern District of California. I make this declaration based on my personal knowledge, my review of Meta's records, and publicly-available records, including profiles available on LinkedIn (true and correct copies of which are attached at **Exs. 1-15**).  If called to testify as a witness, I could and would testify competently thereto.

2.      Meta has been sued for alleged copyright infringement associated with the development and training of its generative artificial intelligence models.  Several of these lawsuits are pending in the Northern District of California before the Honorable Vince Chhabria.

3.      One of the cases pending before Judge Chhabria is *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (N.D. Cal.) (*Kadrey*), which is a putative class action that was filed in July 2023.  I am counsel of record for Meta in the *Kadrey* matter.  Twenty-four current and former

Meta employees served as document custodians for the *Kadrey* matter. An additional ten employees (who did not serve as document custodians in *Kadrey* and were not selected as custodians in *Entrepreneur*, *see* below) were among the witnesses deposed in the *Kadrey* matter.

4.  Another one of the cases pending in the Northern District of California, *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, No. 3:25-cv-09579-VC (N.D. Cal.) (*Entrepreneur*), was filed in November 2025. I am also counsel of record for Meta in the *Entrepreneur* matter. Ten additional current and former Meta employees were selected as document custodians in that litigation.

5.  The following current or former Meta employees served as document custodians in *Kadrey* and/or *Entrepreneur*:

a.  Peter Albert;

b.  Ahmad Al-Dahle;

c.  Nikolay Bashlykov;

d.  James Beldock;

e.  Alex Boesenberg;

f.  Damon Civin;

g.  Mike Clark;

h.  Sergey Edunov;

i.  Angela Fan;

j.  Didem Foss;

k.  Josh Ginsberg;

l.  Kenneth Heafield;

m.  Melanie Kambadur;

2

n.  Amanda Kallet;

o.  Viktor Kerkez;

p.  Marie-Anne Lachaux;

q.  Guillaume Lample

r.  Todor Mihaylov;

s.  Britt Montalvo;

t.  Chaya Nayak;

u.  Bartosz Niemczura;

v.  Joelle Pineau;

w.  Eleonora (Alex) Presani;

x.  Affonso Reis;

y.  Aurelien Rodriguez

z.  Stephen Roller;

aa. Lauren Scissors;

bb. Thomas Scialom;

cc. Hugo Touvron;

dd. Jelmer van der Linde;

ee. Shelley Venus; and

ff. Xiaolan Wang;

gg. Frank Zhang; and

hh. Mark Zuckerberg;

6.    The following current and former Meta employees were deposed in *Kadrey* but did not serve as document custodians in either the *Kadrey* or *Entrepreneur* matters:

a. Amrish Acharya;

b. Sean Bell;

c. Sy Choudhury;

d. Chris Cox;

e. David Esiobu;

f. Logan Kerr;

g. Christopher King;

h. Yann LeCun;

i. Eugene Nho; and

j. Arun Rao.

7. Based on information available on LinkedIn:

a. Of Meta's nine former employees who served as document custodians in *Kadrey* and *Entrepreneur*, five are likely located in N.D. Cal. *See* **Ex. 1** (Ahmad Al-Dahle); **Ex. 2** (Alex Boesenberg); **Ex. 3** (Sergey Edunov); **Ex. 4** (Chaya Nayak); **Ex. 5** (Affonso Reis). Three are likely located in New York. *See* **Ex. 6** (Angela Fan); **Ex. 7** (Eleonora (Alex) Presani); **Ex. 8** (Stephen Roller). And one is likely located in Paris, France. *See* **Ex. 9** (Marie-Anne Lachaux).

b. Of Meta's six former employees who did not serve as document custodians and were deposed in *Kadrey*, four are likely located in N.D. Cal. *See* **Ex. 10** (Sean Bell); **Ex. 11** (Logan Kerr); **Ex. 12** (Christopher King); **Ex. 13** (Arun Rao). One is likely located in New York. *See* **Ex. 14** (Yann LeCun). And one is likely located in Seattle, Washington. *See* **Ex. 15** (David Esiobu).

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Orlando, Florida on this 26th day of June 2026.

_____
Phillip E. Morton