# Dunn Isaacson Rhee

July 21, 2026

**By ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

*Re: Elsevier, Inc. et al. v. Meta Platforms, Inc., et al.*, No. 1:26-cv-03689 (PKC) (S.D.N.Y.)

Dear Judge Castel:

We represent Meta Platforms, Inc. ("Meta") in the above-captioned action.  Pursuant to this Court's Individual Rule 1(A)(iii), we note that the next conference before the Court is scheduled to take place on July 27, 2026, at 10:00 a.m.

On June 26, 2026, Meta filed a motion to transfer this case to the Northern District of California pursuant to the first-filed rule and/or 28 U.S.C. § 1404(a).  *See* ECF Nos. 58, 60. As of July 20, 2026, the motion is fully briefed.  *See* ECF Nos. 59, 72, 82, 83.

Meta writes to respectfully inquire as to whether Your Honor intends to hold oral argument on the transfer motion and, if so, whether the argument will take place on July 27, 2026, when the parties are scheduled to appear telephonically for an Initial Pretrial Conference.  Meta has not yet requested oral argument on the motion, but makes this inquiry in the event that oral argument may be of use to the Court.

Respectfully submitted,

*/s/ Karen L. Dunn*
Karen L. Dunn

Cc: All Counsel of Record (via ECF)

