Case 1:26-cv-03689-PKC Document 95 Filed 08/18/26 Page 1 of 2

O+Z Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Jeffrey M. Gould
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.851.4526
jeff@oandzlaw.com

***DELIVERED VIA ECF***

The Court will set a schedule, if appropriate, after deciding the transfer motion. SO ORDERED

P. Kevin Castel, USDJ
8.18.26

August 18, 2026

Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

***Elsevier Inc. et al. v. Meta Platforms, Inc. et al., No. 1:26-cv-03689-PKC***

Dear Judge Castel:

Plaintiffs[1] and Defendant Meta Platforms, Inc. ("Meta" and, together with Plaintiffs, the "Parties") jointly write to clarify their positions on a proposed briefing schedule for Plaintiffs' anticipated motion to strike Meta's Sixth affirmative defense (ECF 90) ("Motion to Strike"). The next conference before the Court is scheduled for September 15, 2026 (ECF 89).

To the extent the Court orders the Parties to file briefing, the Parties respectfully request that the Court set a briefing schedule keyed off resolution of Meta's Motion to Transfer (ECF 92). Specifically, the Parties propose that Plaintiffs file their motion within 14 days after the Court rules on Meta's Motion to Transfer (if the Court denies that motion), Defendants will have 14 days for the opposition, and Plaintiffs will have 7 days to file their reply.

The Parties appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Jeffrey M. Gould
Jeffrey M. Gould
Matthew J. Oppenheim
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Fl.
Washington, DC 20016
matt@oandzlaw.com
jeff@oandzlaw.com
Tel: 202.480.2999

/s/ Phillip E. Morton
Phillip E. Morton
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
pmorton@cooley.com
Tel: 202.842.7800

---

[1] "Plaintiffs" include Elsevier Inc.; Cengage Learning, Inc.; Hachette Book Group, Inc.; Macmillan Publishing Group, LLC d/b/a Macmillan Publishers; McGraw Hill LLC; Scott Turow; and S.C.R.I.B.E., Inc.

Case 1:26-cv-03689-PKC Document 95 Filed 08/18/26 Page 2 of 2

Daryl L. Kleiman
Edward Crouse
Eli Goldman
OPPENHEIM + ZEBRAK, LLP
491 Fifth Ave., 19th Fl.
New York, NY 10017
dkleiman@oandzlaw.com
ecrouse@oandzlaw.com
egoldman@oandzlaw.com
Tel: 212.951.1156

Megan K. Bannigan
James J. Pastore
Morgan A. Davis
Kathryn C. Saba
Anna M. Rennich
Abigail E. Liles
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd E.,
New York, NY 10001
mkbannigan@debevoise.com
jjpastore@debevoise.com
mdavis@debevoise.com
ksaba@debevoise.com
amrennich@debevoise.om
aeliles@debevoise.com
Tel: 212.909.6000

Derek W. Loeser
Benjamin Gould
Chris N. Ryder
Samuel L. Rubinstein
KELLER ROHRBACK
1201 Third Ave., Ste 3400
Seattle, WA 98101
dloeser@kellerrohrback.com
bgould@kellerrohrback.com
cryder@kellerrohrback.com
srubinstein@kellerrohrback.com
Tel: 206.623.1900

*Counsel for Plaintiffs and the Putative Class*

Mark R. Weinstein
Elizabeth L. Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
mweinstein@cooley.com
lstameshkin@cooley.com
Tel: 650.843.5000

Karen L. Dunn
Jessica E. Phillips
Kyle N. Smith
Jenifer N. Hartley
DUNN ISAACSON RHEE LLP
401 9th St. NW
Washington, DC 20004
jhartley@dirllp.com
Tel: 202.240.2922

*Counsel for Defendant Meta Platforms, Inc.*