Dunn Isaacson Rhee

September 10, 2026

By ECF

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

*Re: Elsevier, Inc. et al. v. Meta Platforms, Inc., et al.*, No. 1:26-cv-03689 (PKC) (S.D.N.Y.)

Dear Judge Castel:

We represent Meta Platforms, Inc. ("Meta") in the above-captioned action. The parties are scheduled to appear for an Initial Pretrial Conference and argument on Meta's pending motion to transfer on September 15, 2026, at 3:00 p.m. *See* Dkt. No. 89. In recognition of the Court's Order setting the Initial Pretrial Conference (Dkt. No. 16), which provided that "principal trial counsel shall appear at this and all subsequent conferences," Meta writes to respectfully advise the Court that its principal trial counsel, Karen Dunn, is unable to appear at the conference due to a recently-set conflicting trial scheduled to begin the following morning in the District of Delaware. *See Qualcomm Incorporated et al v. ARM Holdings PLC*, No. 1:24-cv-00490, Dkt. No. 938 (Sept. 8, 2026) (setting bench trial for September 16, 2026). The undersigned, Kyle Smith of Dunn Isaacson Rhee, will appear on behalf of Meta, along with co-counsel from Cooley LLP, and will be prepared to address the issues raised in the parties' initial case management submission as well as the pending motion to transfer.

Respectfully submitted,

*/s/ Kyle Smith*
Kyle Smith

Cc: All Counsel of Record (via ECF)

**Dunn Isaacson Rhee LLP**
www.dirllp.com
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

DIR